**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of California
_(State)_

Case number _(if known):_ _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Crosscode, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4 7 – 5 4 0 9 9 8 0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 950 Tower Lane, Suite 2100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Foster City    CA    94404 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | San Mateo County | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website** (URL)

   crosscode.com

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 1 of 50

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>    <u>1</u>    <u>1</u>    <u>2</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 2 of 50

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____ When _____ Case number _____
                                       MM / DD / YYYY

            District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____ Relationship _____

            District _____ When _____
                                           MM / DD / YYYY

            Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** *(Check all that apply.)*

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

           What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?** _____
                                Number       Street

                                _____

                                _____
                                City                              State ZIP Code

       **Is the property insured?**

       ☐ No

       ☐ Yes. Insurance agency _____

               Contact name _____

               Phone _____

---

**Statistical and administrative information**

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 3 of 50

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2020
                    MM / DD / YYYY

✘ /s/ Greg Wunderle
Signature of authorized representative of debtor

Greg Wunderle
Printed name

Title  Chief Executive Officer

**18.** **Signature of attorney**      ✖ ___/s/ Bao M. Vu_____     Date ___05/05/2020___
                                          Signature of attorney for debtor            MM / DD / YYYY

Bao M. Vu
_____
Printed name

Stoel Rives LLP
_____
Firm name

500        Capitol Mall, Suite 1600
_____
Number     Street

Sacramento _____     CA _____   95814 _____
City                                   State       ZIP Code

(415) 500-6572 _____     bao.vu@stoel.com _____
Contact phone                          Email address

277970 _____     CA _____
Bar number                             State

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 5 of 50

BAO M. VU (SB #277970)
bao.vu@stoel.com
THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
ANDREW H. MORTON (*pro hac vice pending*)
andrew.morton@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Proposed Counsel for Debtor and
Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. _____ |
| CROSSCODE, INC., | Chapter 11 |
| Debtor. | CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1 |

As of the date hereof, the Debtor is not aware of any corporation that directly or indirectly owns ten percent (10%) or more of any class of Crosscode, Inc.'s equity interests.

DATED: May 5, 2020.

STOEL RIVES LLP

By: */s/ Bao M. Vu*
Bao M. Vu
Thomas A. Woods
Andrew H. Morton (*pro hac vice pending*)

*Proposed Counsel for Debtor and
Debtor in Possession*

Stoel Rives LLP
ATTORNEYS AT LAW
SACRAMENTO

CORPORATE OWNERSHIP STATEMENT -1-
106294574.1 0072141-00002

Debtor Name _Crosscode, Inc._

United States Bankruptcy Court for the: _Northern_ District of _California_
(State)

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007 & 7007.1_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/05/2020_      ✗ _/s/ Greg Wunderle_
      MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                   _Greg Wunderle_
                                   Printed name

                                   _Chief Executive Officer_
                                   Position or relationship to debtor

**CROSSCODE, INC.**

**RESOLUTIONS OF**
**THE SPECIAL COMMITTEE OF THE**
**BOARD OF DIRECTORS**

May 4, 2020

WHEREAS, at meetings of the board of directors (the "Board") of Crosscode, Inc., a Delaware corporation (the "Company"), held on March 27, 2020, April 3, 2020, and April 10, 2020, the Board resolved to establish a special committee of independent directors (the "Special Committee") to exercise the Board's fiduciary duties with respect to (i) negotiating and approving the terms of financing needed to support the Company's plans to reorganize under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., (the "Bankruptcy Code"), (ii) negotiating and approving the terms of and acts contemplated by the Restructuring Transactions and the Restructuring Documents (each as defined below), and (iii) reviewing and authorizing the Company's Chapter 11 Filings (as defined below);

WHEREAS, the Special Committee has reviewed and has had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

WHEREAS, the Special Committee has determined, after consulting with its legal advisors, that it is in the best interests of the Company and its constituencies that the Company avail itself of the protections afforded by chapter 11 of the Bankruptcy Code by filing a voluntary petition thereunder and commencing the Chapter 11 Case (as defined below);

WHEREAS, the Special Committee has reviewed, considered, and had the opportunity to ask questions about the Chapter 11 Case and Chapter 11 Filings (as defined below);

WHEREAS, the Company has prepared the Crosscode, Inc. Restructuring Term Sheet (as may be amended, modified, or supplemented, the "Restructuring Term Sheet");

WHEREAS, in connection with the Restructuring Term Sheet and the Chapter 11 Case, the Special Committee has determined that it is in the best interest of the Company, its creditors and other parties in interest for the Special Committee to authorize the Company to enter into that certain restructuring support agreement (the "Restructuring Support Agreement") by and among the Company, certain of its affiliates, certain consenting creditors, and certain consenting interest holders substantially in the form presented to the Special Committee on or in advance of the date hereof;

WHEREAS, the members of the Special Committee acknowledge and believe that the Restructuring Support Agreement is procedurally and substantively fair to the Company under the applicable law or the Company's governing documents, to the extent applicable; and

WHEREAS, in furtherance of the Restructuring Support Agreement, the Chapter 11 Case and the Chapter 11 Filings, the Special Committee desires to approve the following resolutions.

NOW, THEREFORE, BE IT:

**Restructuring Support Agreement**

RESOLVED, that each of Greg Wunderle and Rahul Gandhi (each an "Authorized Person" and together the "Authorized Persons") is authorized and empowered to enter into, in the name and on behalf of the Company, a restructuring transaction or series of restructuring transactions by which the Company will restructure its debt obligations and other liabilities, including but not limited to the restructuring and postpetition financing transactions contemplated by the Restructuring Support Agreement (collectively, the "Restructuring Transactions");

RESOLVED, that each Authorized Person is authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents in furtherance of the Restructuring Transactions to which the Company is or will be a party, including, but not limited to, the Restructuring Support Agreement (collectively, the "Restructuring Documents"), to incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Special Committee, with such changes, additions and modifications thereto as the Authorized Person shall approve, such approval to be conclusively evidenced by the Authorized Person's execution and delivery thereof; and

RESOLVED, that each Authorized Person is authorized, directed and empowered in the name of, and on behalf of, the Company to take any and all actions to (i) obtain approval by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") or any other regulatory or governmental entity of the Restructuring Documents in connection with the Restructuring Transactions, and (ii) obtain approval by the Bankruptcy Court or any other regulatory or governmental entity of any Restructuring Transactions.

**Restructuring Documents**

RESOLVED, that the Restructuring Documents are ratified, confirmed, and approved in all respects; and

RESOLVED, that the Company, each Authorized Person and any authorized directors, officers or agents of the Company are hereby authorized, empowered and directed in the name and on behalf of the Company to make, execute, deliver and file or to cause to be made, executed, delivered and filed any and all agreements, instruments, certificates and documents as is necessary, convenient or appropriate in furtherance of the Restructuring Documents.

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 9 of 50

**Chapter 11 Filing**

RESOLVED, that, with respect to the Company, the Special Committee, after consultation with the Company's management, and the legal advisors of the Company, has determined that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a voluntary petition be filed by the Company in the Bankruptcy Court seeking relief under the provision of chapter 11 of the Bankruptcy Code;

RESOLVED, that each Authorized Person is authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, and perform, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, the Restructuring Documents, and any other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as the Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by the Authorized Person with any changes thereto to be conclusive evidence that the Authorized Person deemed such changes to meet such standard); and

RESOLVED, that each Authorized Person is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the Authorized Person, in consultation with the Company's legal advisors, deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes the Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, such Chapter 11 Case with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that the Authorized Person deemed the same to meet such standard).

**Retention of Advisors**

RESOLVED, that the law firm of Stoel Rives LLP, located at 760 SW Ninth Avenue, Suite 3000, Portland, Oregon 97205, is hereby retained as bankruptcy counsel for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and

RESOLVED, that, with respect to the Company, each Authorized Person is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to negotiate, execute, deliver, file and perform any agreement, document or certificate and to take and perform any and all further acts and deeds (including, without limitation, (i) the payment of any consideration and (ii) the payment of fees, expenses and taxes) that the Authorized Person deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by these resolutions, with a view to the successful prosecution of the Chapter 11 Case.

3

**Ratification**

RESOLVED, that any and all past actions heretofore taken by any Authorized Person or any director, officer or agent of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are ratified, confirmed, and approved in all respects.

**General Authorization**

RESOLVED, that with respect to the Company, each Authorized Person is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take, cause to be taken, or perform any and all further acts or deeds, including, without limitation, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes, and other expenses as the Authorized Person, in his sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard;

RESOLVED, that any and all past actions heretofore taken by any Authorized Person or any director, officer or agent of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED, that the Secretary of the Company is hereby authorized and empowered to certify that these resolutions have been duly adopted to such person or persons as the Secretary deems entitled thereto, and to attest or witness the execution of the documents authorized by the foregoing resolutions, and to sign and affix the Company's seal to such documents as may be necessary or appropriate.

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 11 of 50

These resolutions shall be filed with the minutes of the proceedings of the Special Committee and shall have the same force and effect as a unanimous vote of the Board. These resolutions shall be effective as of the date set forth above. These resolutions may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and such counterparts may be delivered electronically.

SPECIAL COMMITTEE:

_____
Greg Wunderle

_____
Soumik Sarkar

These resolutions shall be filed with the minutes of the proceedings of the Special Committee and shall have the same force and effect as a unanimous vote of the Board. These resolutions shall be effective as of the date set forth above. These resolutions may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and such counterparts may be delivered electronically.

SPECIAL COMMITTEE:

_____

Greg Wunderle

_____

Soumik Sarkar

**Fill in this information to identify the case:**

Debtor name    Crosscode, Inc.

United States Bankruptcy Court for the:   Northern      District of   California
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | State of Delaware Division of Corporations PO Box 898 Dover, DE 19903 | DOSDOC_Ftax@delaware.gov | Franchise Tax | Disputed | | | $277,116.60 |
| 2 | Mahmood Khan 5836 Recife Way San Jose, CA 95120 | mak5836@yahoo.com | Potential severance | Disputed | | | $208,000.00 |
| 3 | R Systems International Ltd. 5000 Windplay Dr., Suite 5 El Dorado Hills, CA 95762 | ashok.bhatia@rsystems.com | Trade debts | | | | $201,073.00 |
| 4 | K&L Gates LLP 300 South Tryon St, Suite 1000 Charlotte, NC 28202 | mark.busch@klgates.com | Professional Services | | | | $94,961.31 |
| 5 | Ogloza Fortney & Friedman LLP 255 California St, Suite 1350 San Francisco, CA 94111 | dfriedman@oglozafortney.com | Professional Services | | | | $50,000.00 |
| 6 | Greenberg Traurig LLP 18565 Jamboree Rd, Suite 500 Irvine, CA 92612 | donahued@gtlaw.com | Professional Services | | | | $25,000.00 |
| 7 | Aidan Herbert 443 Maplewood Ave San Jose, CA 95117 | aidan.herbert@gmail.com | Trade debts | | | | $20,250.00 |
| 8 | Swanson Martin & Bell LLP 330 North Wabash, Suite 3300 Chicago, IL 60611 | dgoles@smbtrials.com | Professional Services | | | | $10,475.78 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Alston & Bird LLP 90 Park Ave New York, NY 10016 | neal.mclaughlin@alston.com | Professional Services | | | | $8,130.50 |
| 10 | Amazon Web Services, Inc. PO Box 84023 Seattle, WA 98124-8423 | aws-accounts-receivable@amazon.com | Trade debts | | | | $6,960.00 |
| 11 | United States Internal Revenue Service Cincinnati, OH 45999-0039 | | Withholding Taxes | | | | $5,822.00 |
| 12 | Silicon Valley Bank 3003 Tasman Dr Santa Clara, CA 95054 | | Credit Card Revolving Debt | | | | $5,492.00 |
| 13 | Scott Murray 2600 Sadler Rd Charlotte, NC 28278 | sgmmurray@gmail.com | Unpaid Back Wages | | | | $5,200.00 |
| 14 | State of New York Workers' Compensation Board 328 State Street Schenectady, NY 12305 | advocatebusiness@wcb.ny.gov | Penalties - appealed | Disputed | | | $5,011.50 |
| 15 | Brenda Barrioz 11 Hillview Terrace Farmington, NH 03835 | bbarrioz@crosscode.com | Employee Wages (Accrued) | | | | $1,516.74 |
| 16 | Brandon Tylke 304 Aspen Dr Dover, OH 44622 | brandontylke@gmail.com | Employee Wages (Accrued) | | | | $1,503.50 |
| 17 | Edwin Gnichtel 72 Wayne Blvd Madison, NJ 07940 | edwin@gnichtel.com | Employee Wages (Accrued) | | | | $1,475.24 |
| 18 | Robert Vrooman 44 New Zealand Rd Seabrook, NH 03874 | bobbyjvrooman@live.com | Employee Wages (Accrued) | | | | $1,318.21 |
| 19 | Michael Gromacki 5628 Dufferin Dr Savage, MN 55378 | mgromacki@crosscode.com | Employee Wages (Accrued) | | | | $1,236.35 |
| 20 | Jonathan Gentsch 135 1/2 6th Dr NW New Philadelphia, OH 44663-3549 | jon.gentsch@gmail.com | Employee Wages (Accrued) | | | | $1,223.54 |

Debtor Name     Crosscode, Inc.

United States Bankruptcy Court for the:     Northern     District of     California
                                                                        (State)

Case number (*If known*):     _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     05/05/2020          ✘ /s/ Greg Wunderle
                MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                         Greg Wunderle
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor

# Crosscode Inc. New

### BALANCE SHEET

As of March 31, 2020

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 10010 Platinum Business Checking | 20,437.52 |
| 10015 Silicon Valley Bank Checking | 117,926.39 |
| 10020 Silicon Valley Bank Money Market | 302,844.11 |
| 10050 Platinum Business Savings | 365.44 |
| **Total Bank Accounts** | **$441,573.46** |
| Other Current Assets | |
| 14000 Prepaid & Other Current Assets | |
| 14100 Prepaid Expenses | |
| 14150 Legal Expenses | 85,440.00 |
| 14160 Accounting / Audit / Tax | 2,500.00 |
| **Total 14100 Prepaid Expenses** | **87,940.00** |
| **Total 14000 Prepaid & Other Current Assets** | **87,940.00** |
| **Total Other Current Assets** | **$87,940.00** |
| **Total Current Assets** | **$529,513.46** |
| Fixed Assets | |
| 15000 Fixed Assets | |
| 15110 Furniture & Equipment | 8,400.00 |
| 15120 Machinery & Equipment | 35,093.28 |
| 15130 Software | 6,990.00 |
| **Total 15000 Fixed Assets** | **50,483.28** |
| 16000 Accumulated Depreciation | -30,239.94 |
| **Total Fixed Assets** | **$20,243.34** |
| Other Assets | |
| 17000 Other Assets | |
| 17010 Capitalized Development Costs | |
| 17015 Accumulated Amortization of Other Assets | -4,618.13 |
| **Total 17010 Capitalized Development Costs** | **-4,618.13** |
| 17020 Domain Name Crosscode.com | 8,200.30 |
| 17025 Accumulated Amortization | -1,867.88 |
| **Total 17020 Domain Name Crosscode.com** | **6,332.42** |
| 17030 Long-term Assets - Deferred Offering Cost | 15,000.00 |
| 17040 Security Deposits | 3,800.00 |
| **Total 17000 Other Assets** | **20,514.29** |
| **Total Other Assets** | **$20,514.29** |
| **TOTAL ASSETS** | **$570,271.09** |

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 17 of 50

# Crosscode Inc. New

## BALANCE SHEET

### As of March 31, 2020

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Trade Accounts Payable | 337,420.76 |
| **Total Accounts Payable** | **$337,420.76** |
| Credit Cards | |
| 23000 Silicon Valley Bank Credit Card | 410.40 |
| 23010 5027- Rahul Gandhi Credit Card | 1,053.63 |
| 23020 6157 - Marketing Credit Card | 3,975.30 |
| 23030 5118 - Soumik Sarkar Credit Card | 2,412.05 |
| 23040 5092 - Gregory Wunderle Credit Card | 121.68 |
| **Total 23000 Silicon Valley Bank Credit Card** | **7,973.06** |
| **Total Credit Cards** | **$7,973.06** |
| Other Current Liabilities | |
| 21000 Accrued Liabilities | |
| 21420 Payroll Tax Payable | 470.07 |
| 21500 Accrued Compensation | |
| 21570 Health Insurance Payable | 0.00 |
| 21580 Dental Insurance Payable | 1,517.24 |
| 21590 Vision Insurance Payable | 0.00 |
| 21595 Group Term Life Insurance Payable | 11.56 |
| **Total 21500 Accrued Compensation** | **1,528.80** |
| **Total 21000 Accrued Liabilities** | **1,998.87** |
| **Total Other Current Liabilities** | **$1,998.87** |
| **Total Current Liabilities** | **$347,392.69** |
| **Total Liabilities** | **$347,392.69** |
| Equity | |
| 30000 Equity | 2,407,898.78 |
| 38000 Opening Balance Equity | 0.00 |
| 39000 Retained Earnings | -455,919.77 |
| Net Income | -1,729,100.61 |
| **Total Equity** | **$222,878.40** |
| **TOTAL LIABILITIES AND EQUITY** | **$570,271.09** |

Accrual Basis  Thursday, April 30, 2020 10:36 AM GMT-07:00

# Crosscode Inc. New

## PROFIT AND LOSS

January - March, 2020

| | TOTAL |
|---|---:|
| Income | |
| **Total Income** | |
| GROSS PROFIT | **$0.00** |
| Expenses | |
| 60000 Payroll Related Expenses | |
| 60100 Wages & Salaries | |
| 60110 Salaries | 499,512.33 |
| 60150 Payroll Taxes | 55,429.46 |
| **Total 60100 Wages & Salaries** | **554,941.79** |
| 60200 Bonuses | 50,000.00 |
| 60400 Benefits | |
| 60410 Health Benefits | 14,749.24 |
| 60420 Workers Compensation | 1,713.38 |
| 60440 Dental | 1,007.54 |
| 60450 Vision | 302.18 |
| 60460 Group Term Life Insurance | 844.75 |
| **Total 60400 Benefits** | **18,617.09** |
| **Total 60000 Payroll Related Expenses** | **623,558.88** |
| 61500 Travel & Entertainment | |
| 61510 Travel Meals & Entertainment | 4,055.80 |
| 61520 Travel - Lodging | 4,714.86 |
| 61530 Mileage, Car, etc | 1,579.46 |
| 61540 Travel - Airfare | 7,158.62 |
| 61550 Travel - Telephone | 521.54 |
| 61599 Other Travel & Entertainment | 414.85 |
| **Total 61500 Travel & Entertainment** | **18,445.13** |
| 61700 Office & Operating Expenses | |
| 61705 Books, Dues & Subscriptions | -141.92 |
| 61710 Office Supplies | 8,019.31 |
| 61715 Postage & Delivery | 56.40 |
| 61725 Bank Service Charges | 347.00 |
| 61735 Bus. Fees, Licenses & Permits | 8,936.35 |
| 61740 Computer and Internet | 9,569.22 |
| 61742 Telephone | 1,467.43 |
| 61745 Business Insurance | 74,507.66 |
| 61750 Penalties | 15,663.57 |
| **Total 61700 Office & Operating Expenses** | **118,425.02** |
| 61900 Technical Expenses | 50,174.24 |
| 61915 Expensed Software | 2,288.94 |
| **Total 61900 Technical Expenses** | **52,463.18** |

Accrual Basis  Thursday, April 30, 2020 10:37 AM GMT-07:00

# Crosscode Inc. New

## PROFIT AND LOSS

### January - March, 2020

| | TOTAL |
|---|---:|
| 62200 Outside Services | |
|   62205 Accounting / Audit / Tax | 57,839.00 |
|   62210 Consulting | 277,810.00 |
|   62230 Legal Expenses | |
|     62231 Legal - Corporate | 513,475.60 |
|     62235 Legal - Patent | 18,070.50 |
|   **Total 62230 Legal Expenses** | **531,546.10** |
| **Total 62200 Outside Services** | **867,195.10** |
| 62600 Marketing Expenses | |
|   62605 Advertising & Promotional | 15,348.58 |
|   62615 Market Research | 944.10 |
|   62620 Public Relations | 8,320.00 |
|   62630 Web Site Related | 3,482.58 |
|   62699 Other Marketing Expenses | 7,153.67 |
| **Total 62600 Marketing Expenses** | **35,248.93** |
| 62800 Facilities Expenses | |
|   62830 Facility Rent | 16,685.13 |
| **Total 62800 Facilities Expenses** | **16,685.13** |
| **Total Expenses** | **$1,732,021.37** |
| NET OPERATING INCOME | $ -1,732,021.37 |
| Other Income | |
|   70000 Other Income | |
|     70100 Interest Income | 2,920.76 |
|   **Total 70000 Other Income** | **2,920.76** |
| **Total Other Income** | **$2,920.76** |
| NET OTHER INCOME | $2,920.76 |
| NET INCOME | $ -1,729,100.61 |

Accrual Basis  Thursday, April 30, 2020 10:37 AM GMT-07:00

# Crosscode Inc. New

## STATEMENT OF CASH FLOWS

### January - March, 2020

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -1,729,100.61 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 14150 Prepaid & Other Current Assets:Prepaid Expenses:Legal Expenses | -64,335.50 |
| 14160 Prepaid & Other Current Assets:Prepaid Expenses:Accounting / Audit / Tax | -1,000.00 |
| 20000 Trade Accounts Payable | -105,677.02 |
| 23000 Silicon Valley Bank Credit Card | 410.40 |
| 23010 Silicon Valley Bank Credit Card:5027- Rahul Gandhi Credit Card | 1,053.63 |
| 23020 Silicon Valley Bank Credit Card:6157 - Marketing Credit Card | 3,975.30 |
| 23030 Silicon Valley Bank Credit Card:5118 - Soumik Sarkar Credit Card | 2,412.05 |
| 23040 Silicon Valley Bank Credit Card:5092 - Gregory Wunderle Credit Card | 121.68 |
| 21420 Accrued Liabilities:Payroll Tax Payable | -27,343.46 |
| 21570 Accrued Liabilities:Accrued Compensation:Health Insurance Payable | -24,936.98 |
| 21580 Accrued Liabilities:Accrued Compensation:Dental Insurance Payable | 865.04 |
| 21590 Accrued Liabilities:Accrued Compensation:Vision Insurance Payable | -3.26 |
| 21595 Accrued Liabilities:Accrued Compensation:Group Term Life Insurance Payable | 11.56 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-214,446.56** |
| **Net cash provided by operating activities** | **$ -1,943,547.17** |
| NET CASH INCREASE FOR PERIOD | **$ -1,943,547.17** |
| Cash at beginning of period | 2,385,120.63 |
| CASH AT END OF PERIOD | **$441,573.46** |

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 21 of 50

**David S. Palan, CPA**
**11247 CEDAR POINTE DR S**
**MINNETONKA, MN 55305**
**(612) 598-8695**
**info@davidspalancpa.com**

March 12, 2019

Crosscode Inc
17285 74th Ave North
Maple Grove, MN 55311

Dear Adi,

Enclosed is the 2018 Form 1120, U.S. Corporation Income Tax Return, for Crosscode Inc for the tax year ending December 31, 2018.

Your 2018 Form 1120, U.S. Corporation Income Tax Return, for Crosscode Inc will be electronically filed.

No payment is due with this return.

Enclosed is the 2018 Form M4, Minnesota Corporation Franchise Tax Return for Crosscode Inc.

Your 2018 Form M4, Minnesota Corporation Franchise Tax Return for Crosscode Inc will be electronically filed.

No payment is due with this return.

Enclosed is the 2018 Form 1100, Delaware Corporation Income Tax for Crosscode Inc.

The return should be signed and dated by a corporate officer and mailed on or before April 15, 2019 to:

Delaware Division of Revenue
P.O. Box 2044
Wilmington, DE 19899-2044

No payment is due with this return.

We very much appreciate the opportunity to serve you.  If you have any questions regarding this return, please do not hesitate to call.

Sincerely,

David S Palan CPA

# U.S. Corporation Income Tax Return

For calendar year 2018 or tax year beginning _____, 2018, ending _____, 20 ____

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2018**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return . . . ☐
2 Personal holding co. (attach Sch. PH) . ☐
3 Personal service corp. (see instructions) . ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name
**Crosscode Inc**

Number, street, and room or suite no. If a P.O. box, see instructions.
**17285 74th Ave North**

City or town, state or province, country, and ZIP or foreign postal code
**Maple Grove          MN 55311**

**B Employer identification number**
9980

**C Date incorporated**
01/01/2015

**D Total assets (see instructions)**
$          727,832

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change   29,906   (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** Gross receipts or sales . . . . . | **1a** | 29,906 | |
| | **b** Returns and allowances . . . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . | | **1c** | 29,906 |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . | | **3** | 29,906 |
| | **4** Dividends and inclusions (Schedule C, line 23, column (a)) . . . . . | | **4** | |
| | **5** Interest . . . . . | | **5** | 80 |
| | **6** Gross rents . . . . . | | **6** | |
| | **7** Gross royalties . . . . . | | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) . . . . . | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | | **9** | |
| | **10** Other income (see instructions—attach statement) . . . . . | | **10** | |
| | **11** **Total income.** Add lines 3 through 10 . . . . . ▶ | | **11** | 29,986 |

| | | | |
|---|---|---|---:|
| **Deductions (See instructions for limitations on deductions.)** | **12** Compensation of officers (see instructions—attach Form 1125-E) . . . . . ▶ | **12** | 225,676 |
| | **13** Salaries and wages (less employment credits) . . . . . | **13** | 415,459 |
| | **14** Repairs and maintenance . . . . . | **14** | |
| | **15** Bad debts . . . . . | **15** | |
| | **16** Rents . . . . . | **16** | |
| | **17** Taxes and licenses . . . . . | **17** | 45,136 |
| | **18** Interest (see instructions) . . . . . | **18** | 101,758 |
| | **19** Charitable contributions . . . . . | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | **20** | 6,265 |
| | **21** Depletion . . . . . | **21** | |
| | **22** Advertising . . . . . | **22** | 54,641 |
| | **23** Pension, profit-sharing, etc., plans . . . . . | **23** | |
| | **24** Employee benefit programs . . . . . | **24** | |
| | **25** Reserved for future use . . . . . | **25** | |
| | **26** Other deductions (attach statement)   Other Deductions Statement | **26** | 1,109,660 |
| | **27** **Total deductions.** Add lines 12 through 26 . . . . . ▶ | **27** | 1,958,595 |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | **28** | -1,928,609 |
| | **29a** Net operating loss deduction (see instructions) . . . . . **29a** | | |
| | **b** Special deductions (Schedule C, line 24, column (c)) . . . . . **29b** | | |
| | **c** Add lines 29a and 29b . . . . . | **29c** | |

| | | | |
|---|---|---|---:|
| **Tax, Refundable Credits, and Payments** | **30** **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . | **30** | -1,928,609 |
| | **31** Total tax (Schedule J, Part I, line 11) . . . . . | **31** | 0 |
| | **32** 2018 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . . | **32** | |
| | **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) . . . . . | **33** | |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . ▶ ☐ | **34** | |
| | **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed . | **35** | |
| | **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid . | **36** | 0 |
| | **37** Enter amount from line 36 you want: **Credited to 2019 estimated tax** ▶ _____ **Refunded** ▶ | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title **CFO**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ **Yes** ☐ **No**

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| David S Palan CPA | David S Palan CPA | 03/12/2019 | | P01447402 |

Firm's name ▶ **David S. Palan, CPA**   Firm's EIN ▶ 3825

Firm's address ▶ **11247 CEDAR POINTE DR S MINNETONKA MN 55305**   Phone no. (612) 598-8695

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 24 of 50

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions). . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add lines 9 through 22, column (c). Enter here and on page 1, line 29b . . . . . . . . . | | | |

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 25 of 50

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|

**Part I–Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | | |
| 2 | Income tax. See instructions | | **2** | 0 |
| 3 | Base erosion minimum tax (attach Form 8991) | | **3** | |
| 4 | Add lines 2 and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Other (see instructions—attach statement) | **9f** | | |
| 10 | **Total.** Add lines 9a through 9f | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

**Part II–Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2018 net 965 tax liability paid from Form 965-B, Part II, column (k), line 2. Enter here and on page 1, line 32 | **12** | |

**Part III–Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | | |
|---|---|---|---|---|
| 13 | 2017 overpayment credited to 2018 | | **13** | |
| 14 | 2018 estimated tax payments | | **14** | |
| 15 | 2018 refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Form 8827, line 8c | **20c** | | |
| d | Other (attach statement—see instructions) | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d | | **21** | |
| 22 | 2018 net 965 tax liability from Form 965-B, Part I, column (d), line 2. See instructions | | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | |

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 26 of 50

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

1. Check accounting method: **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ _____

2. See the instructions and enter the:
   **a** Business activity code no. ▶ 541512
   **b** Business activity ▶ Computer Software
   **c** Product or service ▶ Computer Software

3. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . .    | | | | × |

   If "Yes," enter name and EIN of the parent corporation ▶ _____

4. At the end of the tax year:
   **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)    | | | | × |

   **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)    | | | | × |

5. At the end of the tax year, did the corporation:
   **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.    | | | | × |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

   **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.    | | | | × |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

6. During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . .    | | | | × |

   If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.
   If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7. At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? .    | | | | × |

   For rules of attribution, see section 318. If "Yes," enter:
   **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

   **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

8. Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . ▶ ☐
   If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

9. Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10. Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

11. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

    If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12. Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on
    page 1, line 29a.) . . . . . . . . . . . . . . . . . . . ▶ $    1,069,210.

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 27 of 50

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . . . . | | × |
| **b** | If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . | | |
| **16** | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . | | × |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . | | × |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . | | × |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . | | × |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . | | × |
| **24** | Does the corporation satisfy **one** of the following conditions and the corporation does not own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions . . . . . . . . | × | |
| **a** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the corporation is not a tax shelter, or | | |
| **b** | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | × |
| | If "Yes," enter amount from Form 8996, line 13 . . . . . ▶ $ | | |

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 28 of 50

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . | | 316,597. | | 2,811. |
| 2a | Trade notes and accounts receivable . . . | | | 500,000. | |
| b | Less allowance for bad debts . . . . | ( ) | | ( ) | 500,000. |
| 3 | Inventories . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . | | 3,885. | | |
| 7 | Loans to shareholders . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . | | | | |
| 10a | Buildings and other depreciable assets . . | 39,211. | | 39,211. | |
| b | Less accumulated depreciation . . . . | ( 22,368.) | 16,843. | ( 28,633.) | 10,578. |
| 11a | Depletable assets . . . . . . | | | | |
| b | Less accumulated depletion . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . | 8,200. | | 8,200. | |
| b | Less accumulated amortization . . . . | ( 820.) | 7,380. | ( 1,367.) | 6,833. |
| 14 | Other assets (attach statement) . . . . | | 326,234. | | 207,610. |
| 15 | Total assets . . . . . . . | | 670,939. | | 727,832. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . | | 71,000. | | 367,126. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . | | 255,612. | | 1,215,731. |
| 19 | Loans from shareholders . . . . . | | 35,244. | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 415,120. | | 348,581. |
| 21 | Other liabilities (attach statement) . . | | 250,000. | | 1,200,000. |
| 22 | Capital stock: **a** Preferred stock . . . . | | | | |
| | **b** Common stock . . . . | 59,910. | 59,910. | 59,910. | 59,910. |
| 23 | Additional paid-in capital . . . . | | 327,498. | | 327,498. |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . | | -743,445. | | -2,791,014. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . | | 670,939. | | 727,832. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . | -2,047,569. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . | | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | _____ | | a | Depreciation . . $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions $ _____ | |
| a | Depreciation . . $ _____ | | | _____ | |
| b | Charitable contributions . $ _____ | | 9 | Add lines 7 and 8 . . . . . . | |
| c | Travel and entertainment . $ _____336. | | | | |
| | See Statement _____ | 118,960. | | | |
| 6 | Add lines 1 through 5 . . . . | -1,928,609. | 10 | Income (page 1, line 28)—line 6 less line 9 | -1,928,609. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . | -743,445. | 5 | Distributions: **a** Cash . . . . | |
| 2 | Net income (loss) per books . . . . | -2,047,569. | | **b** Stock . . . . | |
| 3 | Other increases (itemize): _____ | | | **c** Property . . . . | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . | -2,791,014. | 8 | Balance at end of year (line 4 less line 7) | -2,791,014. |

Case: 20-30383　Doc# 1　Filed: 05/05/20　Entered: 05/05/20 18:02:19　Page 29 of 50

Form **8879-C**

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2018, or tax year beginning _____, 2018, ending _____, 20 _____

▶ Do not send to the IRS. Keep for your records.
▶ Go to *www.irs.gov/Form8879C* for the latest information.

**2018**

| Name of corporation | Employer identification number |
|---|---|
| CROSSCODE INC | ▉9980 |

### Part I    Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . **1** | 29,986. |
| 2 | Taxable income (Form 1120, line 30) . . . . . . . . . . . . . . **2** | -1,928,609. |
| 3 | Total tax (Form 1120, line 31) . . . . . . . . . . . . . . . . **3** | 0. |
| 4 | Amount owed (Form 1120, line 35) . . . . . . . . . . . . . . . **4** | |
| 5 | Overpayment (Form 1120, line 36) . . . . . . . . . . . . . . . **5** | 0. |

### Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2018 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☒ I authorize  DAVID S. PALAN, CPA  to enter my PIN  | 1 | 9 | 5 | 9 | 0 |  as my signature

                        **ERO firm name**                                     **do not enter all zeros**

on the corporation's 2018 electronically filed income tax return.

☐ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2018 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ CFO

### Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  | ▉▉▉▉▉▉ | 1 | 9 | 5 | 9 | 0 |

                                                                         **do not enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ 03/12/2019

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**
**BAA**    REV 11/14/18 PRO    Cat. No. 36359A    Form **8879-C** (2018)

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 30 of 50

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Crosscode Inc | Form 1120 Computer Software | 9980 |

**Part I** Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| **1** | Maximum amount (see instructions) . . . . . . . . . . . . . . . | **1** | 1,000,000. |
| **2** | Total cost of section 179 property placed in service (see instructions) . . . . . . . . | **2** | |
| **3** | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . | **3** | 2,500,000. |
| **4** | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . | **4** | |
| **5** | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . | **5** | |

| **6** | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| **7** | Listed property. Enter the amount from line 29 . . . . . . . **7** | | |
| **8** | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . | **8** | |
| **9** | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . | **9** | |
| **10** | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 . . . . . . | **10** | |
| **11** | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . | **11** | |
| **12** | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . | **12** | |
| **13** | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (**Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| **14** | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . | **14** | |
| **15** | Property subject to section 168(f)(1) election . . . . . . . . . . . . . | **15** | |
| **16** | Other depreciation (including ACRS) . . . . . . . . . . . . . . . | **16** | |

**Part III** MACRS Depreciation (**Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| **17** | MACRS deductions for assets placed in service in tax years beginning before 2018 . . . . . . | **17** | 6,265. |
| **18** | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| **21** | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . | **21** | |
| **22** | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . | **22** | 6,265. |
| **23** | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . **23** | | |

x

For Paperwork Reduction Act Notice, see separate instructions. BAA REV 01/17/19 PRO Form **4562** (2018)

Case 20-30230    Doc 1    Filed 05/05/20    Entered 05/05/20 18:02:19    Page 31 of 50

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No | 24b If "Yes," is the evidence written? ☐ Yes ☐ No |
|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . **25** | | | | | | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 **28** | | | | | | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . **29** | | | | | | | | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) . | | | | | | |
| **31** | Total commuting miles driven during the year | | | | | | |
| **32** | Total other personal (noncommuting) miles driven . . . . . . . . | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 . . . . . . | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? . | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | |
| **36** | Is another vehicle available for personal use? | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2018 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2018 tax year . . . . . . . . . . **43** | | | | | 547. |
| **44 Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . **44** | | | | | 547. |

REV 01/17/19 PRO

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 32 of 50

Name as Shown on Return
Crosscode Inc

Employer Identification No.
9980

| **Other Current Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| Other Accrued Assets | 3,885. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 6** . . . . . . . . . . . . . . . ▶ | 3,885. | |

| **Other Investments:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 9** . . . . . . . . . . . . . . . ▶ | | |

| **Other Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| Capitalized Development Costs | 326,234. | 207,610. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 14** . . . . . . . . . . . . . . . ▶ | 326,234. | 207,610. |

Name
Crosscode Inc

Employer Identification No.
▉9980

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| Credit Card Liabilities | 141,675. | 168,901. |
| Current Portion Of Long Term Debt | 105,709. | 541,010. |
| Payroll Liabilities | 6,002. | |
| Interest Payable | 2,226. | 10,726. |
| Contract Liabilities | | 495,094. |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 18** . . . . . . . . . . . . . . ▶ | 255,612. | 1,215,731. |

| **Other Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| Line of Credit | 250,000. | 1,200,000. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 21** . . . . . . . . . . . . . . ▶ | 250,000. | 1,200,000. |

| **Retained Earnings — Appropriated:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 24** . . . . . . . . . . . . . . ▶ | | |

| **Adjustments to Shareholders' Equity:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 26** . . . . . . . . . . . . . . ▶ | | |

| Name | Employer Identification Number |
|------|-------------------------------|
| Crosscode Inc | ████ 9980 |

**Important Information**

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA). Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back. NOLs can now be carried forward indefinitely.

**NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|--------------------|-------------|-------------------------------|----------------------|
| 2017 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 750,596. | | 750,596. |
| 2016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 283,778. | | 283,778. |
| 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34,836. | | 34,836. |
| 2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,069,210. | | 1,069,210. |

**NOL's prior to Taxpayer Relief Act of 1997: Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| Totals | | | |

Crosscode Inc                                         ▆▆▆▆9980

## Net Operating Loss Summary

| NOL Carryover Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover 15 Years* |
|---|---|---|---|---|---|
| 2017 | 750,596. | | | 750,596. | |
| 2016 | 283,778. | | | 283,778. | |
| 2015 | 34,836. | | | 34,836. | |
| 2014 | | | | | |
| 2013 | | | | | |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |
| 2003 | | | | | |
| 2002 | | | | | |
| 2001 | | | | | |
| 2000 | | | | | |
| 1999 | | | | | |
| 1998 | | | | | |
| Totals | 1,069,210. | | | 1,069,210. | |

| | |
|---|---|
| Less: Carryover expiring due to 20-year limitation | |
| Less: Carryover expiring due to 15-year limitation | |
| Add: Current year net operating loss | 1,928,609. |
| Less: Carryback of current year net operating loss | |
| Net operating loss carryover to next year | 2,997,819. |

cpcw7601.SCR  01/24/19

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 36 of 50

# Additional information from your 2018 Federal Corporation Tax Return

**Form 1120: US Corporation Income Tax Return**
**Schedule M-1, Line 5c**                    **Continuation Statement**

| Description | Amount |
|---|---|
| Capitalized Development Costs | 118,624. |
| **Total** | 118,624. |

**Form 1120: US Corporation Income Tax Return**
**Other Deductions**                    **Continuation Statement**

| Description | Amount |
|---|---|
| Amortization | 547 |
| Meals (50%) | 336 |
| Accounting, Audit, & Tax Prep | 140,683 |
| Bank Charges | 7,735 |
| Brokerage Fees | 1,338 |
| Consulting | 52,847 |
| Engineering Costs | 730,874 |
| Insurance | 8,583 |
| Legal Fees | 49,307 |
| Marketing Expenses | 24,663 |
| Office Expenses | 32,753 |
| Stationary & Printing | 1,852 |
| Travel Expense | 58,142 |
| **Total** | 1,109,660 |

 **DEPARTMENT OF REVENUE**


*184011*

# 2018 M4, Corporation Franchise Tax Return

Tax year beginning _0101_, 2018, and ending _12312018_

| | |
|---|---|
| **Name of Corporation/Designated Filer** | **FEIN** ████ 9980    **Minnesota Tax ID** ███ 2142 |
| CROSSCODE INC | |

**Mailing Address** ☐ Check if new address

17285 74TH AVE NORTH

**City**    **State**    **ZIP Code**

MAPLE GROVE, MN 55311

**Business Activity Code (from federal)** _541512_

**Former Name (if changed since 2017 return)**

**Are you filing a combined income return?** ☐ Yes   ☒ No

**Federal Consolidated Common Parent Name (if different)**    **FEIN**

**Is this your final C corporation return? If yes, indicate if:**

☐ Withdrawn   ☐ Dissolved   ☐ Merged   ☐ S corp election

**Check if this corporation** (place an X in the boxes that apply):

☐ reported IRC Sec. 965 Deferred Foreign Income *(see instructions, pg. 5)*    ☐ is a Co-op    ☐ is in Bankruptcy

Has a federal examination been finalized? (list years) _____

Is a federal examination now in progress? (list years) _____

Tax years and expiration date(s) of federal waivers: _____

Report changes to federal income tax within 180 days of final determination. If there is a change in tax, you must report it on Form M4X.

**You must round amounts to nearest whole dollar**

| | | |
|---|---|---|
| **1** | Minnesota tax liability *(from M4T, line 23)* . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** ■ _____ |
| **2** | Minnesota Nongame Wildlife Fund donation *(see instructions, pg. 5)* . . . . . . . . . . | **2** ■ _____ |
| **3** | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** ■ _____ |
| **4** | Enterprise Zone Credit *(attach Schedule EPC)* . . . . . . . . . . . . . . . . . . . . . . . . . | **4** ■ _____ |
| **5** | Historic Structure Rehabilitation Credit *(attach credit certificate)* . . . . . . . . . . . . | **5** ■ _____ |
| | Enter National Park Service (NPS) project number: _____ | |
| **6** | Amount credited from your 2017 return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** ■ _____ |
| **7** | Total corporate estimated tax payments made for 2018 . . . . . . . . . . . . . . . . . . . | **7** ■ _____ |
| **8** | 2018 extension payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** ■ _____ |
| **9** | Add lines 4 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** ■ _____ |
| **10** | Tax due. If line 3 is more than line 9, subtract line 9 from line 3 . . . . . . . . . . . . . | **10** ■ _____ |
| **11** | Penalty *(see instructions, pg. 5)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** ■ _____ |
| **12** | Interest *(see instructions, pg. 5)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** ■ _____ |
| **13** | Additional charge for underpayment of estimated tax *(attach Schedule M15C)* . . . . | **13** ■ _____ |

REV 10/17/18 PRO

*Continued next page*

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 38 of 50



*184021*

| Name of Corporation/Designated Filer | FEIN | Minnesota Tax ID |
|---|---|---|
| CROSSCODE INC | 9980 | 2142 |

**14** **AMOUNT DUE.** If you entered an amount on line 10, add lines 10 through 13

    Payment Method: ☐ Electronic *(see inst., pg. 2)*, or ☐ Check *(see inst., pg. 2)* . . . . . . . . . . . . . . **14** ∎ _____

**15** Overpayment. If line 9 is more than the sum of lines 3 and 13, subtract line 3 and line 13
    from line 9. If line 9 is less than the sum of lines 3 and 13, see instructions, pg. 5 . . . . . . . . . . . . . . . . . **15** ∎ _____

**16** Amount of line 15 to be credited to your 2019 estimated tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16** ∎ _____

**17** **REFUND.** Subtract line 16 from line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17** ∎ _____
    If you have a refund, you must enter your banking information below.

**Account Type:**     **Routing Number**     **Account Number** *(use an account not associated with any foreign banks)*

☐ Checking    ☐ Savings    _____    _____

*I declare that this return is correct and complete to the best of my knowledge and belief.*

| Authorized Signature | Title | Date | Daytime Phone | |
|---|---|---|---|---|
| | CFO | | 6125988695 | [X] I authorize the Minnesota Department of Revenue to discuss this tax return with the preparer. |
| Signature of Preparer | PTIN | Date | Daytime Phone | |
| DAVID S PALAN CPA | P01447402 | 03122019 | 6125988695 | |
| Print name of person to contact within corporation to discuss this return | Title | Daytime Phone | | ☐ I do not want my paid preparer to file my return electronically. |
| DAVID S PALAN | | CFO | 6125988695 | |

REV 10/17/18 PRO

**Attach a complete copy of your federal return including schedules as filed with the IRS. If you're paying by check, see inst., pg. 2.**
Mail to: Minnesota Revenue, Mail Station 1250, St. Paul, MN 55145-1250

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 39 of 50

 DEPARTMENT OF REVENUE



# 2018 M4I, Income Calculation

*See instructions beginning on page 6.*

| Name of Corporation/Designated Filer | FEIN | Minnesota Tax ID |
|---|---|---|
| CROSSCODE INC | ▓9980 | ▓2142 |

**You must round amounts to nearest whole dollar**

| | | |
|---|---|---:|
| **1** Federal taxable income before net operating loss deduction and special deductions *(from federal Form 1120, line 28, or see inst., pg. 6)* . . . . . . . . . . . . . . . . . . . . . . . . . | **1** ■ | -1928609 |
| **2 Additions to income** | | |
| **a** Federal deduction taken for taxes based on net income and minimum fee . . . . . . . . . . . . . . . . . . . . | **2a** ■ | |
| **b** Federal deduction for capital losses *(IRC sections 1211 and 1212)* . . . . . . . . . . . . . . . . . . . . . . . . | **2b** ■ | |
| **c** Interest income exempt from federal income tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2c** ■ | |
| **d** Exempt interest dividends *(IRC section 852[b][5])* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2d** ■ | |
| **e** Losses from mining operations subject to occupation tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2e** ■ | |
| **f** Federal deduction for percentage depletion *(IRC sections 611-614 and 291)* . . . . . . . . . . . . . . . . . . | **2f** ■ | |
| **g** Federal bonus depreciation and suspended loss *(IRC section 168[k])* . . . . . . . . . . . . . . . . . . . . . . | **2g** ■ | |
| **h** Domestic production activities deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2h** ■ | |
| **i** Eighty percent of excess IRC section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2i** ■ | |
| **j** Fines, fees and penalties deducted federally as a trade or business expense . . . . . . . . . . . . . . . . . . | **2j** ■ | |
| **k** Addition due to federal changes not adopted by Minnesota *(M4NC, line 29)* . . . . . . . . . . . . . . . . | **2k** ■ | |
| **Total additions** *(add lines 2a through 2k)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** ■ | |
| **3** Total *(add lines 1 and 2)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** ■ | -1928609 |

*Continued next page*



| Name of Corporation/Designated Filer | FEIN | Minnesota Tax ID |
|---|---|---|
| CROSSCODE INC | ████9980 | ████2142 |

**4 Subtractions from income**

a Refund of taxes based on net income included in federal taxable income . . . . . . . . . . . . . . . . . . . . . 4a ■ ——————

b Minnesota deduction for capital losses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4b ■ ——————

c Sum of research expenses, IRC sections 45A(a) and 51 salary expenses, disability
access expenditures, and IRC section 45G(a) railroad track maintenance expenses
disallowed for federal tax purposes *(attach schedule)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4c ■ ——————

d Gross-up for foreign taxes deemed paid under IRC section 78 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4d ■ ——————

e Expenses relating to income taxable by Minnesota, but federally exempt . . . . . . . . . . . . . . . . . . . 4e ■ ——————

f Dividends paid by a bank to the U.S. government on preferred stock . . . . . . . . . . . . . . . . . . . . . . . 4f ■ ——————

g Income/gains from mining operations subject to the occupation tax . . . . . . . . . . . . . . . . . . . . . . . 4g ■ ——————

h Deduction for cost depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4h ■ ——————

i Subtraction for prior bonus depreciation addback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4i ■ ——————

j Subtraction for prior IRC section 179 addback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4j ■ ——————

k Subtraction for prior addback of reacquisition of indebtedness income . . . . . . . . . . . . . . . . . . . . . 4k ■ ——————

l Subtraction due to federal changes not adopted by Minnesota *(M4NC, line 29 as a positive)* . . . . . 4l ■ ——————

**Total subtractions** *(add lines 4a through 4l)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4 ■ ——————

**5** Intercompany eliminations *(attach schedule)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 ■ ——————

**6** Add lines 4 and 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 ■ ——————

**7** Minnesota net income *(subtract line 6 from line 3)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 ■ —— −1928609

**8** Total nonapportionable income *(see instructions, pg. 9; attach schedule)* . . . . . . . . . . . . . . . . . . . . 8 ■ ——————

**9** Minnesota apportionable income *(subtract line 8 from line 7)*. **Enter on M4T, line 1** . . . . . . . . . . . . . 9 ■ —— −1928609

 **DEPARTMENT OF REVENUE**


# 2018 M4A, Apportionment/Fee Calculation

|  | **B₁** | **B₂** | **B₃** |
|---|---|---|---|
|  | Single/Designated Filer |  |  |
| Corporation Name | CROSSCODE IN |  |  |
| FEIN | ▇9980 |  |  |
| Minnesota Tax ID | ▇2142 |  |  |

|  |  | **A**<br>Total in and<br>outside Minnesota | **In Minnesota** | **In Minnesota** | **In Minnesota** |
|---|---|---|---|---|---|
| **1** Average inventory | 1■ |  | 0 |  |  |
| **2** Average tangible property and<br>land owned/used *(at original cost)* | 2■ |  | 39211 |  |  |
| **3** Capitalized rents *(gross rents x 8)* | 3■ |  | 0 |  |  |
| **4** Total property *(add lines 1, 2 and 3)* | 4■ |  | 39211 |  |  |
| **5** Payroll/officer's compensation | 5■ |  | 641135 |  |  |
| **6** MN sales or receipts | 6■ |  | 29906 |  |  |
| **7** MN sales of non-filing entities<br>*(see instructions pg. 9)* | 7■ |  |  |  |  |
| **8** Sales or receipts *(add lines 6 and 7)*<br>*(Financial institutions: see inst., pg. 11)* | 8■ | 29906 | 29906 |  |  |
| **9** Minnesota apportionment factor *(divide each<br>line 8B amount by line 8A; carry to six decimal places)*<br>Enter amounts on M4T, line 2. | 9■ |  | 1.000000 |  |  |

**MINIMUM FEE CALCULATION** *(see inst., pg. 10)*

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **10** Adjustments *(see inst., pg. 10; attach schedule)* | 10■ |  |  |  |  |
| **11** Add lines 4, 5, 8 and 10 | 11■ |  | 710252 |  |  |
| **12** Minimum fee *(see table below)*<br>Enter amounts on M4T, line 17. | 12■ |  | 0 |  |  |

| If the amount<br>on line 11 is: | Enter this amount<br>on line 12: | If the amount<br>on line 11 is: | Enter this amount<br>on line 12: |
|---|---|---|---|
| less than $990,000 | $0 | $9,960,000 to $19,929,999 | $1,990 |
| $990,000 to $1,989,999 | $200 | $19,930,000 to $39,859,999 | $3,990 |
| $1,990,000 to $9,959,999 | $600 | $39,860,000 or more | $9,960 |

REV 10/17/18 PRO



# 2018 M4T, Tax Calculation

|  | **B₁** Single/designated filer | **B₂** | **B₃** |
|---|---|---|---|

| | Corporation Name | CROSSCODE IN | | |
| | FEIN | 9980 | | |
| | Minnesota Tax ID | 2142 | | |

1  Minnesota apportionable income
(enter amount from M4I, line 9, in each column) . . . . . . . . . . **1** ■ ___ -1928609 ___

2  Apportionment factor *(from M4A, line 9)* . . . . . . . . . . . . . . . . . **2** ■ ___ 1.000000 ___
3  Net income apportioned to Minnesota
*(multiply line 1 by line 2)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** ■ ___ -1928609 ___
4  Minnesota nonapportionable income
*(see inst., pg. 12, and attach schedule)* . . . . . . . . . . . . . . . . . . **4** ■ ___

5  Taxable net income *(add lines 3 and 4)* . . . . . . . . . . . . . . . . . . **5** ■ ___ -1928609 ___

6  Net operating loss deduction *(from NOL)* . . . . . . . . . . . . . . . . **6** ■ ___

7  Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** ■ ___ -1928609 ___
8  Deduction for dividends received
  **a** Amount from DIV, line 15 . . . . . . **8a** ■ ___
  **b** Multiply line 8a by line 2 above for each column . . . . . . . . **8b** ■ ___

9  Taxable income *(subtract line 8b from line 7)* . . . . . . . . . . . . . **9** ■ ___ -1928609 ___
10 Regular tax *(multiply line 9 by 0.098;*
*if result is zero or less, leave blank)* . . . . . . . . . . . . . . . . . . . . . **10** ■ ___

11 Alternative minimum tax (AMT) *(from AMTT, line 10)* . . . . . . . **11** ■ ___

12 Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12** ■ ___

13 AMT credit *(from AMTT, line 13)* . . . . . . . . . . . . . . . . . . . . . . . **13** ■ ___

14 Subtract line 13 from line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . **14** ■ ___ 0 ___
15 Minnesota credit for increasing research activities
*(from RD, line 43)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15** ■ ___

16 Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . **16** ■ ___ 0 ___

17 Minimum fee *(from M4A, line 12)*. . . . . . . . . . . . . . . . . . . . . . **17** ■ ___ 0 ___

18 Tax liability by corporation *(add lines 16 and 17)* . . . . . . . . . . **18** ■ ___ 0 ___

19 Tax Credit for Owners of Agricultural Assets . . . . . . . . . . . . . . **19** ■ ___

20 Subtract line 19 from line 18 . . . . . . . . . . . . . . . . . . . . . . . . . . **20** ■ ___ 0 ___

21 Employer Transit Pass Credit *(from ETP, line 4)* . . . . . . . . . . . **21** ■ ___

22 Subtract line 21 from line 20 *(if result is zero or less, leave blank)* **22** ■ ___
23 Add all amounts on line 22.
  This is your **MINNESOTA TAX LIABILITY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23** ■ ___
  Enter on M4, line 1.

1032

REV 10/17/18 PRO

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 43 of 50

 **DEPARTMENT OF REVENUE**



# 2018 AMTI, Alternative Minimum Tax

## Calculation of Income

| Name of Corporation/Designated Filer | FEIN | Minnesota Tax ID |
|---|---|---|
| CROSSCODE INC | ▉9980 | ▉2142 |

**You must round amounts to nearest whole dollar.**

**1** Minnesota net income *(from M4I, line 7)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1** ■    –1928609

**2 Adjustments and preferences**

  **a** Depreciation of post-1986 property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2a** ■ _____

  **b** Amortization of certified pollution control facilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2b** ■ _____

  **c** Amortization of mining exploration and development costs . . . . . . . . . . . . . . . . . . . . . . **2c** ■ _____

  **d** Amortization of circulation expenditures *(personal holding companies only)* . . . . . . . . . . . . . . . . . . . . **2d** ■ _____

  **e** Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2e** ■ _____

  **f** Long-term contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2f** ■ _____

  **g** Merchant marine capital construction funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2g** ■ _____

  **h** Section 833(b) deduction *(Blue Cross, Blue Shield, and similar type organizations only)* . . . . . . . . . . **2h** ■ _____

  **i** Tax shelter farm activities *(personal service corporations only)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2i** ■ _____

  **j** Passive activities *(closely held corporations and personal service corporations only)* . . . . . . . . . . . . . . . . **2j** ■ _____

  **k** Loss limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2k** ■ _____

  **l** Intangible drilling costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2l** ■ _____

  **m** Other adjustments and preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2m** ■ _____

**3** Pre-adjustment alternative minimum taxable income. Combine lines 1 through 2m . . . . . . . . . . . . . . . . **3** ■    –1928609

**4 Adjusted current earnings (ACE) adjustment**

  **a** ACE from line 9 of the ACE worksheet . . . . . . . . . . . . . . . . . . . . . . **4a** ■    –1928609

  **b** Subtract line 3 from line 4a. If line 3 exceeds line 4a,
     enter the difference as a negative amount. *(See instructions)* . . . . **4b** ■    0

  **c** Multiply line 4b by 0.75. Enter the result as a positive amount . . . . **4c** ■    0

  **d** Enter the excess, if any, of the corporation's total increases in
     AMTI from prior year ACE adjustments over its total reductions in
     AMTI from prior year ACE adjustments. See instructions. . . . . . . . **4d** ■ _____
     **Note:** You must enter an amount on line 4d *(even if line 4b is positive)*

  **e** ACE adjustment
     • If line 4b is zero or more, enter the amount from line 4c
     • If line 4b is less than zero, enter the smaller of line 4c or line 4d as a negative amount . . . . . . . . . . **4e** ■    0

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 44 of 50

# 2018 AMTI, Alternative Minimum Tax, page 2



* 1 8 4 4 2 1 *

## Calculation of Income

| Name of Corporation/Designated Filer | FEIN | Minnesota Tax ID |
|---|---|---|
| CROSSCODE INC | ████ 9980 | ██ 2142 |

**You must round amounts to nearest whole dollar.**

**5** Combine lines 3 and 4e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5** ■   −1928609

If result is zero or less, or if $310,00 or more, skip lines 6a and 6b and leave line 6 blank.
If between zero and $310,000, continue on line 6a.

**6a** Subtract $150,000 from line 5. If result is zero or less, leave blank . . . . . . . . . . . . . . . . . . . . . . . . . . . **6a** ■ _____

**6b** Multiply line 6a by 0.25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6b** ■ _____

**6** Exemption *(subtract line 6b from $40,000)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6** ■   0

**7** If line 5 is zero or less, enter amount from line 5.
If line 5 is more than zero, subtract line 6 from line 5; if result is zero or less, leave blank . . . . . . . . . . . . **7** ■   −1928609

**8** Total nonapportionable income *(from M4I, line 8)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8** ■ _____

**9** Alternative minimum taxable income
*(subtract line 8 from line 7)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9** ■   −1928609

**Enter amount on AMTT, line 1.**
REV 11/19/18 PRO

Case: 20-30383    Doc# 1    Filed: 05/05/20    Entered: 05/05/20 18:02:19    Page 45 of 50



# DEPARTMENT OF REVENUE

# 2018 AMTT, Alternative Minimum Tax

Calculation of Tax

|  | | B₁ | B₂ | B₃ |
|---|---|---|---|---|
| | | Single/designated filer | | |
| Corporation Name | | CROSSCODE I | | |
| | | | | |
| FEIN | | ███ 9980 | | |
| | | | | |
| Minnesota Tax ID | | ██ 2142 | | |

Unitary businesses: Complete a column for each member with nexus in Minnesota.

**You must round amounts to nearest whole dollar.**

**AMT computation**

| | | B₁ | B₂ | B₃ |
|---|---|---|---|---|
| 1 | Alternative minimum taxable income *(from AMTI, line 9)* ........ **1** | −1928609 | | |
| 2 | Apportionment factor *(from M4A, line 9)* ..................... **2** | 1.000000 | | |
| 3 | Multiply line 1 by line 2 ..................................... **3** | −1928609 | | |
| 4 | Minnesota nonapportionable income *(from M4T, line 4)*........ **4** | | | |
| 5 | Add lines 3 and 4. If result is zero or less, skip lines 6a, 6b, and 6, and leave line 7 blank.................................. **5** | −1928609 | | |
| 6 a | Alternative minimum tax (AMT) net-operating-loss deduction *(see instructions below)* ...................... **6a** | | | |
| b | Deduction for dividends received *(from M4T, line 8b; do not exceed 90 percent of line 5)* ...................... **6b** | | | |
| | Total *(add lines 6a and 6b; do not exceed 90 percent of line 5)* ................................................ **6** | | | |
| 7 | Minnesota alternative minimum taxable income *(subtract line 6 from line 5)* ............................... **7** | | | |
| 8 | Tentative minimum tax *(multiply line 7 by 0.058)* ............. **8** | 0 | | |
| 9 | Regular tax *(from M4T, line 10)* ............................ **9** | | | |
| 10 | AMT *(subtract line 9 from line 8; if result is zero or less, leave blank)* . . **10** | | | |
| | Enter amounts on M4T, line 11. | | | |

**AMT credit**

| | | B₁ | B₂ | B₃ |
|---|---|---|---|---|
| 11 | AMT credit carryover from 2017 *(from 2017 AMTT, line 15)* .....**11** | 0 | | |
| 12 | Subtract line 8 from line 9 *(if result is zero or less, leave blank)*...**12** | | | |
| 13 | AMT credit *(enter the amount from line 11 or 12, whichever is less)* ................................................ **13** | 0 | | |
| | Enter amounts on M4T, line 13. | | | |

**AMT carryover calculation**

| | | B₁ | B₂ | B₃ |
|---|---|---|---|---|
| 14 | Add lines 10 and 11 ....................................... **14** | 0 | | |
| 15 | AMT credit carried to 2019 *(subtract line 13 from line 14)*....... **15** | 0 | | |

## Instructions for line 6a

A net operating loss must include all adjustments and preference items listed on Schedule AMTI (including the adjusted current earnings statement) in order to be used as an alternative tax net operating loss. Net operating losses may be carried forward only. The carry forward period is 15 years. Attach a schedule showing the computation of your alternative tax net-operating-loss deduction. The amount on line 6a must not exceed 90 percent of line 5. **REV 10/17/18 PRO**

| ACCOUNT NUMBER | VERIFY BUSINESS FE N | CALENDAR OR FISCAL YEAR ENDING | DUE ON OR BEFORE | VOUCHER |
|---|---|---|---|---|
| 9980 | 9980 | 12312019 | 04152019 | **T-1** |

0038010114754099800011231190415190000000000000000000000T

CROSSCODE INC
17285 74TH AVE NORTH

MAPLE GROVE, MN 55311

Check Here If A
Request For
Change Form Is
Being Filed ↵

**BALANCE DUE FROM LINE 5 OF WORKSHEET**
( 50 % OF ESTIMATED TAX FOR THE YEAR)

$      0 . 0 0



DF62316011030

CHANGES MUST BE MADE ON THE REQUEST FOR CHANGE FORM.
CHECK THE BOX IF YOU ARE FILING A CHANGE FORM.

**X**

AUTHORIZED SIGNATURE   I declare under penalties of perjury that this is
a true, correct and complete return.

TELEPHONE NUMBER

EMAIL ADDRESS

DATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Cut Coupon on Line Above)

## TAXPAYERS WORKSHEET AND RECORD OF PAYMENTS

1. Estimate Delaware taxable income for the year.    $ _____ .00

2. Multiply Line 1 by Corporate Income Tax Rate.    x _____ .087

3. Enter result on Line 3.    $ _____ .00

**PLEASE NOTE:** Voucher 1 (T-1) is due the 15th day of the 4th month following the end of the year.
Voucher 2 (T-2) is due the 15th day of the 6th month following the end of the year.
Voucher 3 (T-3) is due the 15th day of the 9th month following the end of the year.
Voucher 4 (T-4) is due the 15th day of the 12th month following the end of the year.

1. Estimated Liability for Year.    $ _____ .00

2. Percentage Due.    X _____ %

3. Multiply Line 1 by Line 2.    $ _____ .00

4. Less Credit Carryover Unused.    $ _____ .00

5. Line 3 minus Line 4 (cannot be less than zero)    $ _____ .00

Please fill in the federal identification number, business name and address in the
spaces provided. Sign and date the return and supply a telephone number where
we may contact someone regarding this information.

# 2018 DELAWARE 2018
## CORPORATION INCOME TAX RETURN
### FORM 1100
#### FOR CALENDAR YEAR 2018

for Fiscal year beginning                    and ending

**EMPLOYER IDENTIFICATION NUMBER**  ▪ ▪ ▪ ▪ 9 9 8 0

Name of Corporation
CROSSCODE INC

Street Address
17285 74TH AVE NORTH

| City | State | Zip Code |
|------|-------|----------|
| MAPLE GROVE | MN | 55311 |

**CHECK APPLICABLE BOX:**     **Small Corporation**          **ESOP**

INITIAL RETURN          CHANGE OF ADDRESS          EXTENSION ATTACHED

Delaware Address if Different than Above

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |

IF OUT OF BUSINESS, ENTER DATE HERE:

| State of Incorporation | Nature of Business: |
|------------------------|---------------------|
| DE | COMPUTER SOFTWARE |

DATE OF INCORPORATION:  0 1 0 1 1 5

## ATTACH COMPLETED COPY OF FEDERAL FORM 1120

| | | |
|---|---|---|
| 1. Federal Taxable Income (See Specific Instructions) | -1928609 00 | 1 |
| 2. Total subtractions from Schedule 4a | 00 | 2 |
| 3. Line 1 minus Line 2 | -1928609 00 | 3 |
| 4. Total additions from Schedule 4b | 00 | 4 |
| 5. Entire net income. Line 3 plus Line 4 | -1928609 00 | 5 |
| WHERE LINE 5 IS DERIVED ENTIRELY FROM SOURCES WITHIN DELAWARE, ENTER AMOUNT ON LINE 11. | | |
| WHERE THE ENTIRE INCOME IS NOT DERIVED FROM SOURCES WITHIN DELAWARE, COMPLETE ITEMS 6 TO 10 INCLUSIVE. | | |
| 6. Total non-apportionable income (or loss) (Schedule 2, Column 3, Line 8) | 00 | 6 |
| 7. Income (or loss) subject to apportionment (Line 5 minus Line 6) | -1928609 00 | 7 |
| 8. Apportionment percentage (Schedule 3D, Line 8) | 0.000000 % | 8 |
| 9. Income (or loss) apportioned to Delaware (Line 7 multiplied by Line 8) | 0 00 | 9 |
| 10. Non-apportionable income (or loss) (Schedule 2, Column 1, Line 8) | 00 | 10 |
| 11. Total (Line 9 plus or minus Line 10) | 0 00 | 11 |
| 12. Delaware Taxable Income (Line 5 or Line 11, whichever is less) | -1928609 00 | 12 |
| 13. Tax @ 8.7% | 0 00 | 13 |
| 14. Approved non-refundable tax credits | 00 | 14 |
| 15. Balance due after non-refundable tax credits | 0 00 | 15 |
| 16. Delaware tentative tax paid | 00 | 16 |
| 17. Credit carry-over from prior year | 00 | 17 |
| 18. Other payments (attach statement) | 00 | 18 |
| 19. Approved refundable income tax credits | 00 | 19 |
| 20. Total payments and credits. Add Lines 16 through 19 | 00 | 20 |
| 21. If Line 15 is greater than Line 20 enter BALANCE DUE AND PAY IN FULL | 00 | 21 |
| 22. If Line 20 is greater than Line 15 enter OVERPAYMENT: (a) Total OVERPAYMENT | 00 | 22a |
| (b) to be REFUNDED | 00 | 22b |
| (c) to be CREDITED to 2019 TENTATIVE TAX | 00 | 22c |

### PLEASE SEE PAGE 3 FOR SIGNATURE LINES AND MAILING INSTRUCTIONS

### SCHEDULE 1 - INTEREST INCOME

| Description of Interest | Column 1 Foreign Interest | Column 2 Interest Received From U.S. Securities | Column 3 Interest Received From Affiliated Companies | Column 4 Interest Received From State Obligations | Column 5 Other Interest Income | |
|---|---|---|---|---|---|---|
| 1 BANK INTEREST | 00 | 00 | 00 | 00 | 00 | 1 |
| 2 | 00 | 00 | 00 | 00 | 00 | 2 |
| 3 | 00 | 00 | 00 | 00 | 00 | 3 |
| 4 | 00 | 00 | 00 | 00 | 00 | 4 |
| 5 | 00 | 00 | 00 | 00 | 00 | 5 |
| 6 Totals | 00 | 00 | 00 | 00 | 00 | 6 |

### SCHEDULE 2 NON-APPORTIONABLE INCOME ALLOCATED WITHIN AND WITHOUT DELAWARE

| Description | Column 1 Within Delaware | Column 2 Without Delaware | Column 3 Total | |
|---|---|---|---|---|
| 1 Rents and royalties from tangible property | 00 | 00 | 00 | 1 |
| 2 Royalties from patents and copyrights | 00 | 00 | 00 | 2 |
| 3 Gains or (losses) from sale of real property | 00 | 00 | 00 | 3 |
| 4 Gains or (losses) from sale of depreciable tangible property | 00 | 00 | 00 | 4 |
| 5 Interest income from Schedule 1, Columns 4 and 5,Line 6 | 00 | 00 | 00 | 5 |
| 6 Total | 00 | 00 | 00 | 6 |
| 7 Less: Applicable expenses (Attach statement) | 00 | 00 | 00 | 7 |
| 8 Total non-apportionable income | 00 | 00 | 00 | 8 |

### SCHEDULE 3 - APPORTIONMENT PERCENTAGE

#### Schedule 3-A - Gross Real and Tangible Personal Property

| Description | Within Delaware Beginning of Year | End of Year | Within and Without Delaware Beginning of Year | End of Year | |
|---|---|---|---|---|---|
| 1 Real and tangible property owned | 0 00 | 00 | 39211 00 | 00 | 1 |
| 2 Real and tangible property rented (Eight times annual rental paid) | 0 00 | 00 | 0 00 | 00 | 2 |
| 3 Total | 0 00 | 00 | 39211 00 | 00 | 3 |
| 4 Less: Value at original cost of real and tangible property, the income from which is separately allocated (See instructions) | 00 | 00 | 00 | 00 | 4 |
| 5 Total | 0 00 | 00 | 39211 00 | 00 | 5 |
| 6 Average value (See instructions) | | 0 00 | | 19606 00 | 6 |

#### Schedule 3-B - Wages, Salaries, and Other Compensation Paid or Accrued to Employees

| Description | Within Delaware | Within and Without Delaware | |
|---|---|---|---|
| 1 Wages, salaries, and other compensation of all employees | 00 | 00 | 1 |
| 2 Less: Wages, salaries, and other compensation of general executive officers | 00 | 00 | 2 |
| 3 Total | 00 | 00 | 3 |

#### Schedule 3-C - Gross Receipts Subject to Apportionment

| | | | |
|---|---|---|---|
| 1 Gross receipts from sales of tangible personal property | | 00 | 1 |
| 2 Gross income from other sources (Attach statement) | | 00 | 2 |
| 3 Total | | 00 | 3 |

#### Schedule 3-D - Determination of Apportionment Percentage

| | | | | |
|---|---|---|---|---|
| 1 Average value of real and tangible property within Delaware | 0 00 | = | 0.000000 % | 1 |
| 2 Average value of real and tangible property within and without Delaware | 19606 00 | | | 2 |
| 3 Wages, salaries and other compensation paid to employees within Delaware | 00 | = | % | 3 |
| 4 Wages, salaries and other compensation paid to employees within and without Delaware | 00 | | | 4 |
| 5 Gross receipts and gross income from within Delaware | 00 | = | % | 5 |
| 6 Gross receipts and gross income from within and without Delaware | 00 | | | 6 |
| 7 Total | | | 0.000000 | 7 |
| 8 Apportionment percentage (See instruction) | | | 0.000000 % | 8 |

Case: 20-30383   Doc# 1   Filed: 05/05/20   Entered: 05/05/20 18:02:19   Page 49 of 50



**SCHEDULE 4-A - SUBTRACTIONS**

1. Foreign dividends, interest and royalties .................................................................................................. 00 1
2. Net interest from U.S. securities (Schedule 1, Column 2) ......................................................................... 00 2
3. Interest from affiliated companies (Schedule 1, Column 3) ....................................................................... 00 3
4. Gain from sale of U.S. or Delaware securities .......................................................................................... 00 4
5. Wage deduction - Federal Jobs Credit ...................................................................................................... 00 5
6. Handicapped access bility deduction (Attach statement) .......................................................................... 00 6
7. Net operating loss carry-over .................................................................................................................... 00 7
8. NBI must attach form 1100 NBI ................................................................................................................. 00 8
9. TOTAL Subtractions (Add lines 1 thru 8) .................................................................................................. 00 9

**SCHEDULE 4-B - ADDITIONS**

1. All state and political subdivision income taxes deducted in computing Line 1 ......................................... 00 1
2. Loss from sale of U.S. or Delaware securities .......................................................................................... 00 2
3. Interest income from obligations of any state except DE (Schedule 1, Column 4) .................................... 00 3
4. Depletion expense - oil and gas ................................................................................................................ 00 4
5. Interest paid affiliated companies (See Instructions) ................................................................................ 00 5
6. Donations included in Line 1 for which Delaware income tax credits were granted .................................... 00 6
7. TOTAL Additions (Add lines 1 thru 6) ....................................................................................................... 00 7

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. If prepared by a person other than the taxpayer, the declaration is based on all information of which the preparer has any knowledge.

CFO

| Date | Signature of Officer | Title | Email Address |

03122019   DAVID S PALAN CPA          11247 CEDAR POINTE DR S,  MINNETONKA, MN 55305

| Date | Signature of Individual or firm preparing the return | Address |

**MAKE CHECK PAYABLE AND MAIL TO:** Delaware Division of Revenue, P.O. Box 2044, Wilmington, DE 19899-2044

