1  BAO M. VU (SB #277970)
   bao.vu@stoel.com
2  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
3  ANDREW H. MORTON (*pro hac vice pending*)
   andrew.morton@stoel.com
4  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
5  Sacramento, CA  95814
   Telephone:  916.447.0700
6  Facsimile:  916.447.4781

7  *Proposed Counsel for Debtor and*
   *Debtor in Possession*

8

9

10                    UNITED STATES BANKRUPTCY COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  In re:                              Case No. 20-30383

14  CROSSCODE, INC.,                    Chapter 11

15              Debtor.                 APPLICATION FOR ADMISSION OF
                                        ATTORNEY *PRO HAC VICE*
16

17        Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Andrew H. Morton, an active member in

18  good standing of the bar of the State of Washington and the bar of the State of New York, hereby

19  applies for admission to practice in the Bankruptcy Court for the Northern District of California on

20  a *pro hac vice* basis representing debtor and debtor in possession in the above-entitled action.

21        In support of this application, I certify on oath that:

22        1.     I am an active member in good standing of a United States Court or of the highest

23               court of another State or the District of Columbia, as indicated above;

24        2.     I agree to abide by the Standards of Professional Conduct set forth in Local Rule

25               11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute

26               Resolution Program of this Court; and,

27        3.     An attorney who is a member of the bar of this Court in good standing and who

28               maintains an office within the State of California has been designated as co-counsel

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                        -1-

Case: 20-30383   Doc# 19   Filed: 05/07/20   Entered: 05/07/20 09:40:59   Page 1 of 4
106295043.1 0072141-00002

| | |
|---|---|
| 1 | in the above-entitled action.  The name, address and telephone number of that |
| 2 | attorney is: |
| 3 | THOMAS A. WOODS (SB #210050)<br>STOEL RIVES LLP |
| 4 | 500 Capitol Mall, Suite 1600<br>Sacramento, CA  95814 |
| 5 | Telephone:  916.447.0700<br>Facsimile:  916.447.4781 |
| 6 | I declare under penalty of perjury that the foregoing is true and correct. |
| 7 | DATED:  May 7, 2020. |
| 8 | /s/ Andrew H. Morton |
| 9 | Andrew H. Morton |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

-2-

106295043.1 0072141-00002

Case: 20-30383    Doc# 19    Filed: 05/07/20    Entered: 05/07/20 09:40:59    Page 2 of 4

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 49467 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| ANDREW MORTON | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ANDREW MORTON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and

all the Courts of the State of Washington on August 14, 2015, and is now and has continuously

since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 17th day of
September, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANDREW HOWARD MORTON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 29, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

### September 19, 2019

9713

_____
Clerk of the Court