**Entered on Docket**
**July 17, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




CHANGES MADE BY COURT

**Signed and Filed: July 16, 2020**

DENNIS MONTALI
U.S. Bankruptcy Judge

BAO M. VU (SB #277970)
bao.vu@stoel.com
THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
ANDREW H. MORTON (*admitted pro hac vice*)
andrew.morton@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Proposed Counsel for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CROSSCODE, INC.,<br><br>Debtor. | Case No. 20-30383<br><br>Chapter 11<br><br>ORDER GRANTING ORAL MOTION TO SHORTEN TIME TO APPROVE COMPROMISE PURSUANT TO FED. R. BANKR. P. 9019 |

At a hearing held by the Court on July 15, 2020, counsel for Crosscode, Inc., the debtor and debtor-in-possession (the "***Debtor***") in the above-captioned chapter 11 case, advised and discussed with the Court the Debtor's agreement to terms and intention to move for approval of a settlement agreement with Mr. Aditya Sharma and Dr. Anshu Sharma (together with the Debtor, the "***Parties***"). The Parties expect that the form of settlement agreement will be made final and that the Debtor will file a motion to approve and authorize its entry into the final form settlement agreement pursuant to Fed. R. Bankr. P. 9019 (the "***Motion***") on or before Monday, July 20, 2020. For the reasons explained and based on the record of the July 15, 2020 hearing and for good and sufficient cause:

**IT IS HEREBY ORDERED THAT:**

1. The Debtor shall file the Motion by **Monday, July 20, 2020**.

2. Objections to the Motion shall be filed with the Court and served and noticed to the Parties no later than **Wednesday July 29, 2020 at 12:00 p.m. (noon), prevailing Pacific time** (the "***Objection Deadline***").

3. **If an objection is not properly filed with the Court and served and noticed to the Parties by the Objection Deadline, the Court may enter an order granting the relief requested in the Motion without further notice or hearing.**

4. If an objection is properly filed, served, and noticed before the Objection Deadline, then the Motion shall be heard on shortened time on **Thursday, July 30, 2020 at 9:30 a.m., prevailing Pacific Time.**

5. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **



Case: 20-30383 Doc# 95 Filed: 07/16/20 Entered: 07/17/20 12:06:37 Page 2 of 2