Entered on Docket
July 17, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CROSSCODE, INC.,<br><br>    Debtor. | Case No. 20-30383<br><br>Chapter 11<br><br>THIRD INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364 AND 507 (A) AUTHORIZING POSTPETITION FINANCING, (B) AUTHORIZING USE OF CASH COLLATERAL, (C) SCHEDULING A CONTINUED INTERIM HEARING, AND (D) GRANTING RELATED RELIEF |

THIS MATTER having come before the Court upon the motion (the "DIP Motion") of Crosscode, Inc. (the "Debtor") in the above-captioned chapter 11 case (the "Case") pursuant to Sections 105, 362, 363, 364(c) and (d), and 507 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (as amended, the "Bankruptcy Code"); Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Local Bankruptcy Rules for the Northern District of California (the "Local Rules"), seeking the authorization of the use of cash collateral (as defined by Section 363(a) of the Bankruptcy Code ("Cash Collateral")) and postpetition DIP Financing (the "DIP Facility").

NOW THEREFORE, the Court having considered the DIP Motion, the Approved DIP Budget attached as Exhibit A hereto (the "Approved DIP Budget"), and all evidence submitted at

the hearing held before this Court on the DIP Motion on July 15, 2020 (the "Third Interim Hearing"), and for the reasons set forth on the record at the Third Interim Hearing;

IT IS HEREBY ORDERED that:

1. <u>Interim Financing Approved</u>. The DIP Motion is granted on an interim basis in accordance with the terms of this order (this "Interim Order").

2. <u>Further Authorization of the DIP Facility</u>. The Debtor is hereby authorized to borrow under the DIP Facility, in one or more borrowings, up to an aggregate additional amount of $372,900 (the "Third Interim Availability"). The proceeds of borrowings of the Third Interim Availability shall be used exclusively to fund the Operating Disbursements as set forth in columns 10, 11, 12 and 13 of the Approved DIP Budget. The Debtor's borrowing of amounts under the Third Interim Availability shall be subject to the terms of that certain *Interim Order Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507 (A) Authorizing Postpetition Financing, (B) Authorizing Use of Cash Collateral, (C) Scheduling a Continued Interim Hearing, and (D) Granting Related Relief* (the "First Interim Order") entered by this Court on May 13, 2020 and all amounts of the Third Interim Availability borrowed under the DIP Facility shall constitute DIP Obligations under the terms of the First Interim Order.

3. <u>Continued Interim Hearing</u>. A further interim hearing (the "Continued Interim Hearing") to consider further interim approval of the DIP Facility is scheduled for 9:30 a.m. (PT) on July 30, 2020, at the United States Bankruptcy Court for the Northern District of California. On or before July 17, 2020, the Debtor shall serve, by electronic filing and/or by United States mail, first-class postage prepaid, notice of the entry of this Interim Order and of the Continued Interim Hearing (the "Continued Interim Hearing Notice"), together with copies of this Interim Order on: (i) counsel to the Debtor; (ii) the United States Trustee; (iii) the Chapter 11 Trustee; (iv) the Internal Revenue Service; (v) parties asserting liens against the DIP Collateral; (vi) all relevant taxing authorities; (vii) parties requesting notice in the Case; and (viii) counsel to the DIP Lender Representative.

\*\* END OF ORDER \*\*

# EXHIBIT A

## Approved DIP Budget

[*See attached*.]

**Crosscode, Inc.**
**DIP Budget Forecast - Revised 7/14/20**

| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | 7/12/2020 | 7/19/2020 | 7/26/2020 | 8/2/2020 | 8/9/2020 | 8/16/2020 | 8/23/2020 | 8/30/2020 | 9/6/2020 | 9/13/2020 | 9/20/2020 | 9/27/2020 | 10/4/2020 |
| Beginning Cash In Bank | 222,884 | 475,934 | 444,534 | 317,134 | 222,884 | 410,734 | 373,734 | 260,234 | 222,884 | 493,234 | 384,734 | 342,734 | 222,884 |
| Receipts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll and related taxes | (80,000) | - | (82,500) | - | (82,500) | - | (82,500) | - | - | (82,500) | - | (82,500) | - |
| Payroll-related Insurance and Benefits | - | (11,000) | - | (200) | - | (11,000) | - | (200) | - | - | - | (200) | - |
| Consultants | (19,350) | (5,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) |
| Software and Cloud Hosting | (1,000) | (1,000) | (20,000) | (6,000) | (1,000) | (1,000) | (7,000) | (1,000) | (1,000) | (1,000) | (7,000) | (1,000) | (1,000) |
| Computer Equipment | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) |
| Advertising and Marketing | (12,000) | (7,900) | (7,900) | (7,900) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) |
| Rent | (1,500) | - | - | (5,900) | (500) | (500) | - | (4,900) | (500) | (500) | - | (4,900) | (500) |
| Accounting | - | (500) | - | (7,250) | - | (500) | - | (7,250) | - | - | - | (7,250) | - |
| Travel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sharma Settlement | - | - | - | (50,000) | - | - | - | - | - | - | - | - | - |
| Other | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Total | (119,850) | (31,400) | (127,400) | (94,250) | (108,000) | (37,000) | (113,500) | (37,350) | (25,500) | (108,500) | (42,000) | (119,850) | (25,500) |
| Operating Cash Flow | (119,850) | (31,400) | (127,400) | (94,250) | (108,000) | (37,000) | (113,500) | (37,350) | (25,500) | (108,500) | (42,000) | (119,850) | (25,500) |
| **Professional and Administrative Expenses** | | | | | | | | | | | | | |
| K&L Gates | | | | | | | | | | | | | |
| Newbridge Securities | | | | | | | | | | | | | |
| Delaware Trust | | | | | | | | | | | | | |
| Stoel Rives | | | | | | | | | | | | | |
| Ogloza Fortney + Friedman | | | | | | | | | | | | | |
| Total Professional and Administrative Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GUC Carve-Out and Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Cash out before DIP Advances | (119,850) | (31,400) | (127,400) | (94,250) | (108,000) | (37,000) | (113,500) | (37,350) | (25,500) | (108,500) | (42,000) | (119,850) | (25,500) |
| DIP Advances | 372,900 | | | | 295,850 | | | | 295,850 | | | | 450,000 |
| Net Change in Cash | 253,050 | (31,400) | (127,400) | (94,250) | 187,850 | (37,000) | (113,500) | (37,350) | 270,350 | (108,500) | (42,000) | (119,850) | 424,500 |
| Ending Cash in Bank | 475,934 | 444,534 | 317,134 | 222,884 | 410,734 | 373,734 | 260,234 | 222,884 | 493,234 | 384,734 | 342,734 | 222,884 | 647,384 |
| GUC Carve -Out and Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Beginning Balance | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 |
| Change | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 |
| **DIP Financing** | | | | | | | | | | | | | |
| Beginning Balance | 1,338,700 | 1,711,600 | 1,711,600 | 1,711,600 | 1,711,600 | 2,007,450 | 2,007,450 | 2,007,450 | 2,007,450 | 2,303,300 | 2,303,300 | 2,303,300 | 2,303,300 |
| Change | 372,900 | - | - | - | 295,850 | - | - | - | 295,850 | - | - | - | 450,000 |
| Ending Balance | 1,711,600 | 1,711,600 | 1,711,600 | 1,711,600 | 2,007,450 | 2,007,450 | 2,007,450 | 2,007,450 | 2,303,300 | 2,303,300 | 2,303,300 | 2,303,300 | 2,753,300 |