1  Peter Jazayeri (SBN 199626)
   **JAZ, A PROFESSIONAL LEGAL CORPORATION**
2  peter@jaz-law.com
   1100 Glendon Avenue, Suite 1500
3  Los Angeles, CA  90025
   Telephone:    310.853.2529
4  Facsimile:    310.388.0664

5  Attorneys for CREDITORS ADITYA SHARMA
   AND DR. ANSHU SHARMA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 3:20-bk-30383 (DM) |
| CROSSCODE, INC., | Chapter: 11 |
| Debtor. | **DECLARATION OF ADITYA SHARMA IN SUPPORT OF OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT, OR ALTERNATIVELY, DESIGNATE THE VOTE OF ADITYA SHARMA PURSUANT TO SECTION 1126(E)** |
| | [Opposition, Declarations of Peter F. Jazayeri and Masoud Toghraie, Request for Judicial Notice and Evidentiary Objection filed concurrently herewith] |
| | Date:  October 23, 2020<br>Time:  10:00 a.m.<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

Case: 20-30383    Doc# 190    Filed: 10/22/20    Entered: 10/22/20 17:22:35    Page 1 of 3

**DECLARATION OF ADITYA SHARMA IN SUPPORT OF OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT, OR ALTERNATIVELY, DESIGNATE THE VOTE OF ADITYA SHARMA**

## DECLARATION OF ADITYA SHARMA

I, Aditya Sharma, declare:

1. I am over the age of 18 and qualified to provide this declaration, which I am submitting in support of the Opposition to Motion to Enforce Settlement Agreement, or Alternatively, Designate the Vote of Aditya Sharma (the "Opposition").

2. In 2015, I founded Crosscode, Inc. (the "Debtor") with my own personal funds, which is a software company. I served as its Chief Executive Officer and Chairman of the Board until November 2019, at which time I was informed that I was removed by the Debtor's new board of directors, which were constituted by an investment banking group, Liquid Venture Partners ("LVP") hired to raise a preferred capital offering for the Debtor. The circumstances of my ouster were the subject of contested litigation, pending before the Hon. Vince Chhabria in the Northern District of California, as Case No. 3:20-CV-00104-VC, based on a complaint brought by the Debtor, and a now-stayed cross-complaint filed by me (the "District Court Litigation"). I believe I had valuable claims against the Debtor, ranging from unpaid loans, to claims on its intellectual property and torts related to my improper ouster, which I ended up compromising during this bankruptcy case. This compromise was approved by the Court on or about August 28, 2020.

3. On October 3, 2020, the Debtor informed my counsel that it was about to reach a resolution with the common shareholders concerning an objection raised by Masoud Toghraie. They asked that I modify the Settlement Agreement's requirement that I receive the same identical treatment as other stockholders, and waive my right to any additional distribution to the common shareholders. I refused to accept this change.

4. During the week of October 5, 2020, I learned that Crosscode was treating the common shareholders differently than me. I found out that it was granting Toghraie an additional $55,000, as well as providing him with an opportunity to invest in the reorganized debtor.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October, 2020, at Maple Grove, Minnesota

_____
Aditya Sharma

10/22/2020

2
OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT, OR ALTERNATIVELY, DESIGNATE THE FIRST OMNIBUS HEARING PURSUANT TO SECTION 1104(c)

Case: 20-30383   Doc# 190   Filed: 10/22/20   Entered: 10/22/20 17:22:25   Page 3 of 3